■ ELLIOT MARKOWITZ, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 105735.) [874 NYS2d 857]—Appeal from an order of the Court of Claims (Philip J. Patti, J.), entered August 31, 2007 in a negligence action. The order, insofar as appealed from, granted the motion of claimant to vacate the note of issue and denied defendant's motion for a protective order.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.